■ YOUNG & RUBICAM L.P., v GRAMERCY COURT ASSOCIATES. [671 NYS2d 649] —Motion granted to the extent of clarifying that the 1½% interest is on the total judgment, as indicated. Concur—Wallach, J. P., Nardelli, Tom and Mazzarelli, JJ. [*See*, 244 AD2d 176.]